

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00730-CR

Terrence Jerome **BYRD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9362W
Honorable Olin B. Strauss, Judge Presiding

# O R D E R

On November 28, 2017, the clerk's record in this appeal was filed. It reflects that on February 11, 2015, appellant was placed on deferred adjudication community supervision for five years. The clerk's record also reflects that on October 19, 2017, the trial court signed a Judgment Adjudicating Guilt and imposed a sentence of one year of confinement in state jail. The clerk's record also contains a certification of defendant's right to appeal that certifies this criminal case "is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal." We therefore REINSTATE appellate deadlines. We ORDER the court reporter responsible for filing the reporter's record in this appeal to file the reporter's record on or before **January 4, 2018**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.



Keith E. Hottle
Clerk of Court